UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE GRUNDSTROM,<br><br>Plaintiff,<br><br>v.<br><br>WILCO LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-03445-MMC (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 52, 53 |

    The disputed ROGs and RFPs seek information that is relevant to plaintiff's claims, to class certification, or to both. Defendant hasn't established that the burden or expense of complying with the disputed requests outweighs the likely benefit; and the merits of plaintiff's upcoming motion for class certification won't be prejudged here. As for the privacy interests of the proposed class members, those interests will be protected adequately by the parties' stipulated protective order. *See* Dkt. 44.

    By May 31, 2022, defendant must provide substantive responses to ROGs 17, 19, 20, and 21, and defendant must produce all non-privileged documents responsive to RFPs 24, 25, 29, 30, and 31. If defendant contends that one or more documents responsive to the just-listed RFPs are privileged, defendant, by May 31, must provide plaintiff with a privilege log that complies with Part VII.D of the undersigned's civil standing order.

    **IT IS SO ORDERED.**

Dated: May 9, 2022

Alex G. Tse
United States Magistrate Judge